UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE CO., :<br>                       Plaintiff, :<br>                              :<br>V.                               :<br>ASSOCIATED FRAMING CONTRACTORS, INC., DEBORAH HARDING, STEPHEN DANNER & O&A DANNER COMPANIES, LLC A/K/A A&O DANNER COMPANIES, INC.  :<br>                       Defendants. : | Docket No.: 1:21-cv-11368 |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(ii), hereby stipulate that any and all claims be dismissed without prejudice and without costs.

| PLAINTIFF,<br>MAIN STREET AMERICA ASSURANCE COMPANY,<br>By Its Attorneys: | DEFENDANTS,<br>STEPHEN DANNER &<br>O&A DANNER COMPANIES, LLC,<br>By their Attorneys, |
|---|---|
| */s/ Scott T. Ober*<br>_____<br>Scott T. Ober, Esquire (#567666)<br>sober@hassettdonnelly.com<br>Casey L. McCaffrey, Esquire (#690407)<br>cmccaffrey@hassettdonnelly.com<br>Hassett & Donnelly, P.C.<br>446 Main Street, 12th Floor<br>Worcester, MA 01609<br>(508) 791-6287 | */s/ David M. O'Connor*<br>_____<br>David M. O'Connor, Esq. (BBO # 544166)<br>Deawn C. Takahashi, Esq. (BBO # 657282)<br>O'Connor & Associates, LLC<br>325 Boston Post Road<br>Sudbury, MA 01776<br>(P): (978) 443-3510<br>E-mail: doconnor@oconnorllc.com<br>            dtakahashi@oconnorllc.com |

Dated: December 8, 2021

**CERTIFICATE OF SERVICE**

  I, Scott T. Ober, counsel of record for Main Street America Assurance Company in this action, do hereby certify that I have served a copy of the foregoing to all counsel of record, via ECF System, this 8th day of December, 2021.

            */s/ Scott T. Ober*
            _____
            Scott T. Ober, Esquire